# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

State Automobile Mutual Insurance Company

                    Plaintiff,

v.                                                     Case No.: 1:20−cv−06199
                                                     Honorable Steven C. Seeger

Tony's Finer Foods Enterprises, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 21, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: This Court has entered three orders about the fact that the parties have settled the case. (Dckt. Nos. [73, 76, 78]). Most recently, on April 6, 2023, this Court directed the parties to file a status report or a notice of dismissal by April 14, 2023. The parties filed nothing. The parties previously represented that they had settled the case. Based on that representation, the complaint is hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless a party seeks and obtains relief from the Court by May 31, 2023. The case is closed. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.