# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>)  No. 20 C 6199 |
| v. | )<br>)  Judge Seeger |
| TONY'S FINER FOODS ENTERPRISES, INC., an Illinois corporation, TONY'S FINER FOODS NO. 6, INC., an Illinois corporation, TONY'S FINER FOODS NO. 9, INC., an Illinois corporation, and CHARLENE FIGUEROA, Individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(2), the parties hereby stipulate that this action is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted:

*/s/ Robert Marc Chemers*

Robert Marc Chemers
Bar No.: 0431508
David N. Larson
Bar No.:6225416
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone:  (312) 578-7594
Fax:  (312) 346-8242
Email: rchemers@pretzelstouffer.com
       dlarson@pretzelstouffer.com

*/s/ Matthew H. Rice*

Eamon P. Kelly (6296907)
Matthew H. Rice (6280991)
SPERLING & SLATER, LLC
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Phone: (312) 641-3200
Email: ekelly@sperling-law.com
   mrice@sperling-law.com


*/s/ James B. Zouras*

Ryan F. Stephan (6273101)
James B. Zouras (6230596)
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
Phone: (312) 233-1550
Email: rstephan@stephanzouras.com
   jzouras@stephanzouras.com
