# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

State Automobile Mutual Insurance Company

                Plaintiff,

v.                                                  Case No.: 1:20−cv−06199

                                                        Honorable Steven C. Seeger

Tony's Finer Foods Enterprises, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 8, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion to dismiss with prejudice (Dckt. No. [81]) is hereby granted. The parties have settled. The complaint is hereby dismissed with prejudice. The case remains closed. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.